MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679

SHERMAN KASSOF, ESQ. (66383)
Law Offices of Sherman Kassof
555 12th Street, Suite 1900
Oakland, CA 94607
Telephone: (510) 652 2554
Facsimile: (510) 652 9308

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Master File No. M:06-01793-CRB <br><br> **MDL No. 1793** |
| **This document relates to:** <br><br> ALL ACTIONS | [PROPOSED] **ORDER RELATING CASES** <br><br> The Honorable Charles R. Breyer |

**1**
[PROPOSED] ORDER RELATING CASES

1    On August 27, 2007, Plaintiff Martin Kaufman filed an Administrative Motion to
2 Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for
3 filing an opposition or statement of support has passed. The Court having considered the papers
4 and pleadings on file, and good cause appearing,

5    HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases
6 Should Be Related.

7    IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *In re International Air Transportation Surcharge Antitrust Litigation* | Master File No. M06-1793-CRB (MDL No. 1793) |
| *Kaufman v. Korean Air Lines Co., Ltd., et al.* | Case No. C-07-4349-JSW |

**IT IS SO ORDERED.**

Dated:  August 29, 2007            _____

The Honorable Charles R. Breyer
United States District

**2**
**[PROPOSED] ORDER RELATING CASES**