**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                             General Court Number
Clerk                                                                                                                          415.522.2000

January 9, 2008

U.S. District Court
Central District of California (Western Division)
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-4349 CRB MARTIN KAUFMAN -v-KOREAN AIR LINES CO.
        **MDL 1891    Your case  no.  CV 07-8409 SJO (MANx)**

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

                                                                        Sincerely,
                                                                        RICHARD W. WIEKING, Clerk


                                                                        by:  Maria Loo
                                                                        Case Systems Administrator

Enclosures
Copies to counsel of record